Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lopresto, J.), rendered July 16, 2013, convicting him of criminal possession of a weapon in the second degree (two counts) and criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.
 

 Ordered that the judgment is affirmed.
 

 The defendant waived his contention that the Supreme Court erred in permitting the prosecution to elicit evidence of an alleged uncharged drug transaction by consenting to the court’s ruling that such evidence would be admissible, with appropriate jury instructions, to complete the narrative of events, and by then using that evidence on cross-examination (see People v Genyard, 84 AD3d 1398, 1399 [2011]; People v Stalter, 77 AD3d 776, 777 [2010]; People v Grant, 54 AD3d 967 [2008]; People v Bryan, 50 AD3d 1049, 1050-1051 [2008]).
 

 Chambers, J.P., Cohen, Barros and Brathwaite Nelson, JJ., concur.